August 24, 2021

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 AUG 30 P 2: 26

IN RE: WEERAHANDI V. SHELESH, et al

Re: DOCKET NO.: 3:16-6131

Dear William T. Walsh Clerk of Court

Thank for you contacting me. I would like my case to be re-opened as Judge Brian R. Martinotti was unfairly biased and should have recused himself from my case. Since the dismissal of the case, the three videos slandering me are still on YouTube and I continue to receive racism and harassment as a result of the videos never being taken down. I also had to file a criminal complaint in criminal court as a result of harassment from an individual. I suffer from emotional distress from the harassment, and the harassment continues as a result of the videos never being taken down, which Shelesh and Google continues to profit off of due to ad revenue from those videos.

If my case is to not be re-opened, I ask that my court filing fee be refunded.

Sincerely,

Nuwan Weerahandi



Nuwan Weerahandi
9 Shires Way
Pittstown NJ 08867

Mr. William T. Walsh
Clerk of Court
United States District Court
Newark, NJ 07101-0419

DV DANIELS NJ 070
25 AUG 2021 PM 5 L

2021 AUG 30 P 2:12
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

07101-041919